```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL NO. 2:15-00044-01**

**MATTHEW DAVID LITTLE**

<u>**MEMORANDUM OPINION AND ORDER**</u>

Pending before the court is the motion of the Office of the Federal Public Defender (FPD) asking to be appointed as counsel for defendant in relation to possibly seeking a reduced sentence under 18 U.S.C. § 3582(c)(1)(A)(i).  <u>See</u> ECF No. 114. According to the FPD, a preliminary review of defendant's case indicates that he might be eligible for relief.

For good cause shown, the motion to appoint counsel is **GRANTED** and the Office of the Federal Public Defender is appointed to represent defendant in possibly seeking relief under 18 U.S.C. § 3582(c)(1)(A)(i).  The Probation Office is **DIRECTED** to provide to counsel the most recent version of defendant's Presentence Investigation Report, as well as any addendum or updates that have been prepared since sentencing.  The Clerk is **DIRECTED** to disclose to counsel the sealed Statement of Reasons entered after sentencing.  Finally, any motion seeking relief should be filed no later than June 23, 2021.  If such a motion is filed the court will determine whether a government response is necessary.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to defendant, the United States Attorney, the Federal Public Defender, and the United States Probation Office.

**IT IS SO ORDERED** this 23rd day of April, 2021.

ENTER:

_David A. Faber_
David A. Faber
Senior United States District Judge