**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                         **CRIMINAL NO. 2:15-00044-01**

**MATTHEW DAVID LITTLE**

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion seeking a reduced sentence under 18 U.S.C. § 3582(c)(1)(A)(i). See ECF No. 117. The United States is hereby **ORDERED** to file a response to defendant's motion no later than July 14, 2021.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, and the United States Probation Office.

**IT IS SO ORDERED** this 29th of June, 2021.

ENTER:

David A. Faber
Senior United States District Judge