IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:15-00044-01

MATTHEW DAVID LITTLE

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion seeking a reduced sentence under 18 U.S.C. § 3582(c)(1)(A)(i).  See ECF No. 117.  Defendant argues he is entitled to a sentence reduction because (1) if sentenced today, he would not be sentenced as a career offender, and (2) his rehabilitative record while incarcerated supports a reduction.  In order to fully assess defendant's post-sentence rehabilitation, the United States Probation Office is hereby **ORDERED** to obtain and provide to the court (as well as counsel for defendant and the government) the following information:  (1) defendant's disciplinary record while incarcerated, (2) any classes and/or other programs that he has participated in while incarcerated, and (3) any other information that the probation office deems relevant.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and the United States Probation Office.

**IT IS SO ORDERED** this 13th of July, 2022.

ENTER:

David A. Faber
Senior United States District Judge